NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICIA SCHOEMAN,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD**,
*Respondent,*

and

**OFFICE OF PERSONNEL MANAGEMENT,**
*Intervenor.*

---

2009-3297

---

Petition for review of the Merit Systems Protection Board in AT0831090378-I-1

---

**JUDGMENT**

---

DAVID U. FIERST, Stein, Mitchell & Muse L.L.P., of Washington, DC, argued for petitioner.

STEPHANIE M. CONLEY, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent.  With her on the brief were JAMES M. EISENMANN, General Counsel, and KEISHA DAWN BELL, Deputy General Counsel.

JANE W. VANNEMAN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued

for intervenor. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 9, 2010      /s/Jan Horbaly_____
Date          Jan Horbaly
            Clerk